UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>RODNEY AMISON<br><br>Debtor(s) | Case No. 10-54236 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/07/2010.

2) The plan was confirmed on 04/06/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/29/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/06/2012.

5) The case was completed on 01/14/2016.

6) Number of months from filing to last payment: 61.

7) Number of months case was pending: 64.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $31,160.00.

10) Amount of unsecured claims discharged without payment: $48,445.50.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $103,427.48 |
| Less amount refunded to debtor | $1,628.54 |

**NET RECEIPTS:** **$101,798.94**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $4,625.78 |
| Other | $52.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$8,177.78**

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 188.88 | NA | NA | 0.00 | 0.00 |
| AFS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ALPINE DIRECT | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| AMBASSADOR COLLECTIONS | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| AT & T BANKRUPTCY | Unsecured | 341.42 | NA | NA | 0.00 | 0.00 |
| BALLYS TOTAL FITNESS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BALLYS TOTAL FITNESS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA NA | Unsecured | 1,347.57 | NA | NA | 0.00 | 0.00 |
| BANKCARD SERVICES | Unsecured | 491.66 | NA | NA | 0.00 | 0.00 |
| BLUE CROSS BLUE SHIELD | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| CARDINAL FITNESS | Unsecured | 104.85 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SVC | Unsecured | 372.20 | NA | NA | 0.00 | 0.00 |
| CCS FIRST NATIONAL BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITI FINGERHUT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 782.00 | 782.00 | 782.00 | 782.00 | 0.00 |
| City of Country Club Hills | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| City of Country Club Hills | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CREDIT WATCH | Unsecured | 620.00 | NA | NA | 0.00 | 0.00 |
| EC2N TRUST | Unsecured | 764.77 | 764.77 | 764.77 | 764.77 | 0.00 |
| FCNB/SPIEGEL | Unsecured | 3,025.64 | NA | NA | 0.00 | 0.00 |
| FIRST BANK OF DELAWARE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST INVESTORS FINANCIAL SVC | Secured | 9,560.00 | 14,745.44 | 14,745.44 | 14,745.44 | 1,859.71 |
| FIRST INVESTORS FINANCIAL SVC | Unsecured | 5,185.44 | NA | NA | 0.00 | 0.00 |
| GM FINANCIAL | Unsecured | 66.04 | NA | NA | 0.00 | 0.00 |
| GM FINANCIAL | Secured | 300.00 | 366.04 | 366.04 | 0.00 | 0.00 |
| HSBC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| INDEPENDENCE RECEIVABLES | Unsecured | 980.46 | 980.46 | 980.46 | 980.46 | 0.00 |
| INDEPENDENCE RECEIVABLES | Unsecured | NA | 704.64 | 704.64 | 704.64 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 23,773.97 | 23,773.97 | 23,773.97 | 23,773.97 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 40,646.86 | 40,646.86 | 40,646.86 | 40,646.86 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 25,241.56 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 187.49 | 187.49 | 187.49 | 187.49 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 349.65 | 349.65 | 349.65 | 349.65 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 92.80 | 92.80 | 92.80 | 92.80 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 1,520.22 | 1,520.22 | 1,520.22 | 1,520.22 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 784.13 | 546.48 | 546.48 | 546.48 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 546.48 | NA | NA | 0.00 | 0.00 |
| LITTLE CO OF MARY | Unsecured | 63.00 | NA | NA | 0.00 | 0.00 |
| M3 FINANCIAL SERVICES | Unsecured | 940.27 | 940.27 | 940.27 | 940.27 | 0.00 |
| MCI COMMUNICATION SERVICES | Unsecured | 176.10 | NA | NA | 0.00 | 0.00 |
| METABANK/FINGERHUT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| METAINDIGO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 972.22 | 972.22 | 972.22 | 972.22 | 0.00 |
| MUSIC SERV | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 1,279.71 | NA | NA | 0.00 | 0.00 |
| PLAINS COMMERCE BANK | Unsecured | 610.40 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 715.44 | 715.44 | 715.44 | 715.44 | 0.00 |
| PREMIER BANK CARD | Unsecured | 387.16 | 387.16 | 387.16 | 387.16 | 0.00 |
| PROVIDENCE BANK | Unsecured | 5,132.04 | NA | NA | 0.00 | 0.00 |
| RJM AQUISITIONS FUNDING | Unsecured | 118.66 | 118.66 | 118.66 | 118.66 | 0.00 |
| RWDS 660 DSB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALUTE VISA | Unsecured | 900.54 | NA | NA | 0.00 | 0.00 |
| SALUTE VISA | Unsecured | 965.00 | NA | NA | 0.00 | 0.00 |
| SPORTS ILLUSTRATED | Unsecured | 39.95 | NA | NA | 0.00 | 0.00 |
| STERLING SAVINGS BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UNIFUND CCR PARTNERS | Secured | NA | 3,532.92 | 3,532.92 | 0.00 | 0.00 |
| UNIFUND CCR PARTNERS | Unsecured | 3,532.92 | 0.00 | 3,532.92 | 3,532.92 | 0.00 |
| UNIVERSITY OF CHICAGO | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| VILLAGE OF MAYWOOD WATER | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| VITAL RECOVERY SERVICE | Unsecured | 438.61 | NA | NA | 0.00 | 0.00 |
| VONAGE | Unsecured | 100.41 | NA | NA | 0.00 | 0.00 |
| WORLD'S FINEST CHOCOLATE | Secured | 209.59 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $14,745.44 | $14,745.44 | $1,859.71 |
| All Other Secured | $3,898.96 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$18,644.40** | **$14,745.44** | **$1,859.71** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $23,773.97 | $23,773.97 | $0.00 |
| **TOTAL PRIORITY:** | **$23,773.97** | **$23,773.97** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$53,242.04** | **$53,242.04** | **$0.00** |

UST Form 101-13-FR-S (09/01/2009)

| Disbursements: | |
|---|---|
| Expenses of Administration | $8,177.78 |
| Disbursements to Creditors | $93,621.16 |
| **TOTAL DISBURSEMENTS** : | **$101,798.94** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/15/2016          By: /s/ Tom Vaughn
                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**